IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DONALD WILSON,** | § |
| | § |
| Plaintiff, | §   Civil Action No. 7:17-cv-00013 |
| | § |
| v. | § |
| | § |
| **MEDICREDIT, INC.,** | § |
| | § |
| Defendant. | § |
| | § |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Aimee B Parsons* | */s/ Amy L. Bennecoff Ginsburg* |
| Aimee B Parsons, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Ogletree, Deakins, Nash, Smoak & Stewart | Kimmel & Silverman, P.C. |
| 500 Dallas St., | 30 East Butler Pike |
| Suite 3000 | Ambler, PA 19002 |
| Houston, TX 77002-4709 | Phone: (215) 540-8888 |
| 713-655-5764 | Fax: (877) 788-2864 |
| Email: aimee.parsons@ogletreedeakins.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: August 4, 2017 | Date: August 4, 2017 |

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

       I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 4th day of August, 2017:

Aimee B Parsons, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
500 Dallas St.,
Suite 3000
Houston, TX 77002-4709
713-655-5764
Email: aimee.parsons@ogletreedeakins.com

                                              */s/ Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg, Esq.
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: aginsburg@creditlaw.com
                                              Attorney for the Plaintiff

                                                              30775734.1